# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Stoll, Kara F**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  Kara F Stoll [electronically signed on 05/15/2019 by  Kara F Stoll in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.
**/s/ null, Certifying Official [electronically signed on 08/05/2019 by null in JEFS]**

# I. Positions

None

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|--------|-------|----------|---------|------------------------|
| 1 | Federal Circuit Bar Association | 04/10/2018 - 04/10/2018 | Detroit, Michigan | Bench and Bar Regional Program | Transportation, Food |
| 2 | Federal Circuit Bar Association | 06/20/2018 - 06/23/2018 | Coronado, California | Bench and Bar Conference | Transportation, Lodging, Food |
| 3 | State Bar of Georgia | 09/21/2018 - 09/23/2018 | Amelia Island, Florida | IP Institute | Transportation, Lodging, Food |

# V. Gifts

None

# VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | Wells Fargo | Mortgage of Rental Property #1 | $500,001 - $1,000,000 |

# VII. Investments and Trusts

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|-------------|---------------|-------------|-------------------------|--------------|-------------|-------------|--------------|
| PNC Bank - Accounts | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| Wells Fargo - Accounts | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| American Funds College 2027 Fund - 529 | $1,000 or less | Dividend | None | Cash Market | | | |
| American Funds College 2027 Fund - 529 | | | | | Sold | 06/11/2018 | $100,001 - $250,000 |
| American Funds College 2024 Fund - 529 | $1,000 or less | Dividend | None | Cash Market | | | |
| American Funds College 2024 Fund - 529 | | | | | Sold | 06/11/2018 | $100,001 - $250,000 |
| American Funds College 2021 Fund - 529 | $1,000 or less | Dividend | None | Cash Market | | | |
| American Funds College 2021 Fund - 529 | | | | | Sold | 06/11/2018 | $100,001 - $250,000 |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| College Counts Age-Based Moderate 9-12 Years C | $1,000 or less | Dividend, Interest | $15,000 or less | Cash Market | | | |
| IRA #1 | | | | | | | |
| Vanguard 500 Index Fund Admiral Shares | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 401(k) Account #1 | | | | | | | |
| Vanguard Target Retirement 2035 | $1,000 or less | Dividend | $500,001 - $1,000,000 | Cash Market | | | |
| Vanguard Target Retirement 2035 See Note | | | | | Sold | 06/12/2018 | $250,001 - $500,000 |
| Morgan Stanley Mtn Zero Coupon | None | None | $50,001 - $100,000 | Cash Market | | | |
| Morgan Stanley Mtn Zero Coupon | | | | | Purchased | 06/26/2018 | $50,001 - $100,000 |
| Barclays Bank PLL Mtn Zero Coupon | None | None | $250,001 - $500,000 | Cash Market | | | |
| Barclays Bank PLL Mtn Zero Coupon | | | | | Purchased | 06/29/2018 | $250,001 - $500,000 |
| iShares Russell 2000 Growth ETF | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| PowerShares FTSE RAFI US 1000 Portfolio Fund | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| SPDR DJ Wilshire REIT ETF | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Vanguard Mid-Cap Value Index Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Vanguard Growth Index Fund | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| American Century Small Cap Value Inv | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Mainstay Epoch Global Equity Yield Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| Oppenheimer Developing Markets Fund | | $1,000 or less | Dividend, Interest | $15,000 or less | Cash Market | | | |
| Oppenheimer International Growth Fund | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| T Rowe Price Mid-Cap Growth Fund | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Fidelity Advisor Floating Rate High Income Fund | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Western Asset Total Return Unconstrained A | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| T. Rowe Price VA Tax-Free Bond | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Templeton Global Bond Fund | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 401(k) Account #2 | | | | | | | | |
| Boeing Lifecycle 2030 Fund | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| SSgA S&P 500 Index Fund | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| PIMCO Global Bond Fund | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Boeing VIP Stable Value Fund | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Boeing International Companies Fund | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Boeing US Small/Mid Companies Fund | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Rental Property #1 (Sussex County, DE) | See Note | $15,001 - $50,000 | Rent | $1,000,001 - $5,000,000 | Estimated | | | |
| American Balanced Fund - 529A Account 1 | | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| American Balanced Fund - 529A Account 1 | | | | | Purchased | 06/11/2018 | $100,001 - $250,000 |
| American Balanced Fund - 529A Account 2 | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |
| American Balanced Fund - 529A Account 2 | | | | | Purchased | 06/11/2018 | $100,001 - $250,000 |
| American Balanced Fund - 529A Account 3 | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |
| American Balanced Fund - 529A Account 3 | | | | | Purchased | 06/11/2018 | $100,001 - $250,000 |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 8.1.1 | Sold (part) |
| VII. | 24 | Estimate based on housing market. |